IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MARY SEAGLE,<br>SSN: XXX-XX-3673<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | CIVIL NO. 5:05CV2 |

### CONSENT ORDER OF REMAND
### PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

The defendant, Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner"), has moved this Court, pursuant to sentence four of 42 U.S.C.§ 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings. Plaintiff consents to this motion.

On remand to the Commissioner, the Administrative Law Judge will: 1) Proceed beyond step two of the sequential evaluation process; 2) Specifically consider SSR 03-1p and the combined effects of plaintiff's impairments; and 3) Consider step four of the sequential evaluation process, and, if warranted, proceed to step five.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. §405(g), and in light of the parties' request to remand this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C.§ 405(g) with a remand of the cause to the Commissioner for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. As there remains no justiciable dispute pending between the parties, upon the Clerk's entry of judgment, the Court's jurisdiction over this case shall terminate except



DOCUMENT
SCANNED

for purposes of consideration and determination of motions for attorney's fees, including any motion for such fees under the Equal Access To Justice Act (EAJA). Plaintiff shall have thirty (30) days from final judgment to file a motion for attorney's fees under the EAJA in this matter.

Dated this 2nd day of May, 2005.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE

Consented to:

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

_____  _____
SAMUEL F. FURGIUELE, JR. ESQ.  JAMES M. SULLIVAN
ATTORNEY FOR PLAINTIFF (Mary Seagle)  ASSISTANT UNITED STATES ATTORNEY